IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, | No. C 10-05750 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING CONTINUANCE** |
| AON CORPORATION, et al., | |
| Defendants. | |

Defendants' counsel requests a continuance of the June 6 hearing due to the lead attorney's scheduling conflict. This request is **DENIED**. Defendants have three other attorneys on record, and one of them can attend the hearing.

**IT IS SO ORDERED.**

Dated: June 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE