IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>AON CORPORATION,<br><br>  Defendant.<br>_____ / | No. C 10-05750 WHA<br><br>**NOTICE RE CHANGE OF TIME OF FINAL PRETRIAL CONFERENCE AND ORDER TO LIMIT MOTIONS IN LIMINE** |

The final pretrial conference is hereby rescheduled to **8:00 AM MONDAY, JUNE 18**.

In the Court's experience, no more than five motions in limine per side really need to be addressed at the pretrial conference, and that the practice of some counsel of filing numerous motions in limine is wasteful because most of the motions are nothing more than disguised summary judgment motions, routine motions copied from prior cases, or premature because it is best to rule on evidentiary motions as they arise at trial rather than to guess during the pretrial conference at how the record will come in.  As a result, even in very large lawsuits, the limit of five motions has worked very nicely and is without prejudice to raising additional motions during trial.  This is explained in the standing order at paragraph two.

In violation of this limitation, Aon has filed 17 motions in limine.  The Court has reviewed these and concluded that most need not have been made at this time.  Therefore, Aon has until Wednesday at 5:00 p.m. to pick five motions to be addressed prior to trial.

**IT IS SO ORDERED.**

Dated: June 12, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE