IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, | No. C 10-05750 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING EXPERT TESTIMONY** |
| AON CORPORATION, | |
| Defendant. / | |

The parties are advised to read the undersigned's recent order on proper expert testimony in *SEC v. Daifotis*, No. C 11-00137 (N.D. Cal. June 7, 2012) (Dkt. No. 169). Aon's motion in limine number ten and Actuate's motion in limine number two will likely be decided in accordance with the reasoning in *Daifotis*.

Dated: June 13, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE