United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ACTUATE CORPORATION,

       Plaintiff,

  v.

AON CORPORATION,

       Defendant.

_____/

No. C 10-05750 WHA

**REFERRAL ORDER
FOR SETTLEMENT**

     Based on the parties' request at the pretrial conference, this action is referred to

Magistrate Judge Jacqueline Corley for settlement discussions at a time designated by

Judge Corley.

    **IT IS SO ORDERED.**

Dated:  June 18, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE