IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, | No. C 10-05750 WHA |
| Plaintiff, | |
| v. | **REFERRAL ORDER FOR SETTLEMENT** |
| AON CORPORATION, | |
| Defendant. | |

Based on the parties' request at the pretrial conference, this action is referred to Magistrate Judge Jacqueline Corley for settlement discussions at a time designated by Judge Corley.

**IT IS SO ORDERED.**

Dated: June 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE