| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | JAMES G. GILLILAND, JR. (State Bar No. 107988)<br>MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| 3 | ROBERT D. TADLOCK (State Bar No. 238479)<br>BYRON R. CHIN (State Bar No. 259846) |
| 4 | Two Embarcadero Center Eighth Floor<br>San Francisco, CA 94111 |
| 5 | Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 |
| 6 | Email: jgilliland@kilpatricktownsend.com; mboroumand@kilpatricktownsend.com;<br>    rtadlock@kilpatricktownsend.com; bchin@kilpatricktownsend.com |
| 7 | Attorneys for Plaintiff, ACTUATE CORPORATION |
| 8 | |
| 9 | FOLEY & LARDNER LLP<br>EILEEN R. RIDLEY (State Bar No. 151735) |
| 10 | PATRICK T. WONG (State Bar No. 233222)<br>ALAN R. OUELLETTE (State Bar No. 272745) |
| 11 | 555 California Street, 17th Floor<br>San Francisco, CA 94104-1520 |
| 12 | Telephone: (415) 434-4484<br>Facsimile: (415) 434-4507 |
| 13 | Email: eridley@foley.com; pwong@foley.com; aouellette@foley.com |
| 14 | FOLEY & LARDNER LLP<br>JOHN R. LANDIS (Admitted *pro hac vice*) |
| 15 | 321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313 |
| 16 | Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700 |
| 17 | Email: jlandis@foley.com |
| 18 | Attorneys for Defendants, AON CORPORATION and TWG WARRANTY GROUP, INC.,<br>erroneously sued as THE WARRANTY GROUP, INC. |
| 19 | UNITED STATES DISTRICT COURT |
| 20 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 21 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 22 | ACTUATE CORPORATION, | Case No. CV10-5750WHA |
| 23 | Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF ACTUATE CORPORATION AND DEFENDANT AON CORPORATION'S STIPULATION TO DISMISSAL WITH PREJUDICE |
| 24 | v. | |
| 25 | AON CORPORATION, a Delaware corporation and THE WARRANTY GROUP, INC., a Delaware corporation, | |
| 26 | | |
| 27 | Defendants. | Judge: Hon. William Alsup |
| 28 | | |



[~~PROPOSED~~] ORDER GRANTING PLAINTIFF ACTUATE CORPORATION AND DEFENDANT AON CORPORATION'S STIPULATION TO DISMISSAL WITH PREJUDICE, CASE NO. CV10-5750WHA

The Stipulation to Dismissal With Prejudice of Plaintiff Actuate Corporation and Defendant Aon Corporation pursuant to Federal Rule of Civil Procedure 41(a), having come before this Court, IT IS HEREBY ORDERED that:

(a) Actuate claims and Aon's defenses in this case are dismissed with prejudice;

(b) Each party shall bear its own attorneys' fees and costs; and

~~(c) This Court shall retain jurisdiction to enforce the terms of the parties' July 3, 2012 Settlement Agreement.~~

DATED: July 6, 2012.

_____
Hon. William Alsup
United States District Court Judge



[~~PROPOSED~~] ORDER GRANTING PLAINTIFF ACTUATE CORPORATION AND DEFENDANT AON CORPORATION'S STIPULATION TO DISMISSAL WITH PREJUDICE, CASE NO. CV10-5750WHA   - 1 -

