KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
ROBERT D. TADLOCK (State Bar No. 238479)
BYRON R. CHIN (State Bar No. 259846)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jgilliland@kilpatricktownsend.com, mboroumand@kilpatricktownsend.com
       rtadlock@kilpatricktownsend.com, bchin@kilpatricktownsend.com

Attorneys for Plaintiff
ACTUATE CORPORATION

FOLEY & LARDNER LLP
EILEEN R. RIDLEY (State Bar No. 151735)
PATRICK T. WONG (State Bar No. 233222)
ALAN R. OUELLETTE (State Bar No. 272745)
555 California Street, 17th Floor
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
Email: eridley@foley.com; pwong@foley.com; aouellette@foley.com

FOLEY & LARDNER LLP
JOHN R. LANDIS (Admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: jlandis@foley.com

Attorneys for Defendants
AON CORPORATION and TWG WARRANTY GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AON CORPORATION, a Delaware corporation and THE WARRANTY GROUP, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No. CV10-5750WHA<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT STIPULATED REQUEST TO EXTEND PENDING DEADLINES AND [PROPOSED] ORDER**<br><br>Judge:　Hon. William Alsup |



1    Plaintiff Actuate Corporation ("Actuate" or "Plaintiff"), and Defendant TWG WARRANTY
2 GROUP, INC. ("TWG") hereby stipulate and agree as follows:
3    WHEREAS, the parties have agreed to a settlement in principle to resolve all pending issues
4 in action;
5    WHEREAS, the amount of attorney's fees and costs to be awarded to TWG is the only
6 outstanding issue remaining in this action;
7    WHEREAS, the Court has ordered the parties to file declarations in support of, and in
8 opposition to the amount of attorney's fees and costs (Dkt. No. 176) and to subsequently meet and
9 confer regarding the same;
10    WHEREAS, the parties seek to avoid potentially unnecessary briefing pending resolution of
11 this action;
12    WHEREAS, the parties have agreed to continue all proceedings in this action pending
13 finalization of the settlement agreement and accordingly are seeking an order from the Court
14 permitting a limited 10-day extension of the remaining deadlines in the case;
15    WHEREAS, the parties' requested extension of time will not affect any other upcoming
16 deadlines in this case, nor will it prejudice either Actuate or TWG; and
17    WHEREAS, the parties have previously only sought two short extensions of time in this
18 case:  (1) a 10-day extension of the deadlines for completion of fact witness depositions and
19 designations of experts which was granted by the Court on May 14, 2012 and (2) a 9-day extension
20 of the deadline to complete expert discovery which was granted on May 15, 2012.
21    NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby
22 stipulate and respectfully request that the Court issue an order under Civil L.R. 6-2 postponing all
23 upcoming deadlines in this case by ten days, such that:
24    (1)    Actuate's Opposition to TWG's August 31, 2012 Declaration, currently due on
25 September 14, 2012, shall be filed and served no later than September 24, 2012,
26    (2)    The deadline for the parties to meet and confer over differences as to the amount of
27 attorney's fees, currently September 28, 2012, shall be rescheduled to October 8, 2012,
28    (3)    The deadline for TWG to file and serve a declaration in the event that the parties



NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT STIPULATED REQUEST TO EXTEND PENDING
DEADLINES AND [PROPOSED] ORDER
Case No. CV10-5750-WHA                                                                                                         - 2 -

1 cannot resolve their differences in their meet and confer, currently September 28, 2012, shall be
2 rescheduled to October 8, 2012, and

3     (4)    The deadline for the parties to advise the Court that a special master is needed,
4 currently September 28, 2012, shall be rescheduled to October 8, 2012.

DATED: September 14, 2012    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ James G. Gilliland, Jr.*
    JAMES G. GILLILAND, JR.

Attorneys for Plaintiff
ACTUATE CORPORATION

DATE: SEPTEMBER 14, 2012    FOLEY & LARDNER LLP
EILEEN R. RIDLEY
JOHN R. LANDIS
PATRICK T. WONG
ALAN R. OUELLETTE

BY: /s/ EILEEN R. RIDLEY
    EILEEN R. RIDLEY

ATTORNEYS FOR DEFENDANT
TWG WARRANTY GROUP, INC.

**IT IS SO ORDERED**.

DATED: September 17, 2012.

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

64545680v.1



NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT STIPULATED REQUEST TO EXTEND PENDING
DEADLINES AND [~~PROPOSED~~] ORDER
Case No. CV10-5750-WHA      - 3 -