IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, | No. C 10-05750 WHA |
| Plaintiff, | |
| v. | **NOTICE RE STIPULATION OF DISMISSAL** |
| AON CORPORATION and THE WARRANTY GROUP, INC., | |
| Defendants. | |

Judgment in favor of defendant The Warranty Group, Inc. and against plaintiff Actuate Corporation was entered in July 2012 (Dkt. No. 164). Plaintiff timely filed a notice of appeal (Dkt. No. 168). Subsequently, attorney's fees were granted for defendant (Dkt. No. 176). Plaintiff timely filed a notice of appeal of that order (Dkt. No. 185). Now, because of a purported settlement, plaintiff and defendant have filed a joint "stipulation to dismissal with prejudice" (Dkt. No. 186).

This filing is improper for two reasons: *First*, it is improper under Rule 41(a)(1)(ii) because it has not been signed by all parties who have appeared (Aon Corporation). *Second*, this Court lacks jurisdiction to dismiss this action after a notice of appeal has been filed because such action improperly divests an appellate court from rendering a decision on the merits of a pending appeal. *See United Nat. Ins. Co. v. R&D Latex Corp.*, 242 F.3d 1102, 1109 (9th Cir. 2001).

Dated: October 1, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE